**STATE of Missouri, Respondent,**

v.

**Irvin BROWN, Appellant.**

**No. WD 39503.**

Missouri Court of Appeals,
Western District.

March 15, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Scott L. Templeton, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MANFORD and NUGENT, JJ.

**ORDER**

PER CURIAM:

Appeal from conviction of attempted robbery in the second degree, § 564.011, RSMo 1986, and sentence as a persistent offender, § 558.016, RSMo 1986, to 10 years' imprisonment.

Affirmed. Rule 30.25(b).